# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                      §
MCKENNA, CATHLENE L.                  §     Case No. 10-02827
                                      §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
       . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: 10-02827 SPS Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: MCKENNA, CATHLENE L. | Date Filed (f) or Converted (c): | 01/26/10 (f) |
| | 341(a) Meeting Date: | 03/02/10 |
| For Period Ending: 03/31/11 | Claims Bar Date: | 09/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TWO BEDROOM CONDO LOCATED AT 1019 S. WESTERN IN CH | 150,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. TWO UNIT BUILDING LOCATED AT 4605 S. SACRAMENTO IN | 50,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. FOUR UNIT BUILDING LOCATED AT 5024 S. UNION IN CHI | 70,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. SINGLE FAMILY HOME LOCATED AT 3800 S. 300 EAST IN | 60,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. SINGLE FAMILY HOME LOCATED AT 6290 S. STATE RD. IN | 100,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. COTTAGE LOCATED AT 9740 S. VALLEY COURT IN BUFFALO | 20,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. TWO CHECKING ACCOUNTS AT BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. CHECKING ACCOUNT AT FIRST FARMERS | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 9. SAVINGS ACCOUNT AT CHICAGO PATROLMENS CREDIT UNION | 98.00 | 98.00 | DA | 0.00 | 0.00 |
| 10. MISCELLANEOUS HOUSEHOLD FURNITURE, FURNISHINGS, GO | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 11. NECESSARY WEARING APPAREL | 800.00 | 800.00 | | 0.00 | FA |
| 12. 9MM BERETTA | 600.00 | 600.00 | DA | 0.00 | 0.00 |
| 13. PENSION PLAN THROUGH WORK | 92,000.00 | 92,000.00 | | 0.00 | FA |
| 14. ANTICIPATED 2009 FEDERAL TAX REFUND | 10,000.00 | 10,000.00 | | 10,100.00 | 0.00 |
| 15. 2008 CHEVY TRAILBLAZER | 18,000.00 | 18,000.00 | DA | 0.00 | 0.00 |
| 16. 1999 HARLEY DAVIDSON | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 17. 2001 FORD 250 | 10,000.00 | 10,000.00 | DA | 0.00 | 0.00 |
| 18. TRACTOR | 20,000.00 | 20,000.00 | DA | 0.00 | 0.00 |
| 19. TRAILER | 10,000.00 | 10,000.00 | DA | 0.00 | 0.00 |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.41 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $614,998.00 | $164,998.00 | | $10,102.41 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                                                                                       Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-02827    SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCKENNA, CATHLENE L. | Date Filed (f) or Converted (c):    01/26/10 (f) |
| | | 341(a) Meeting Date:    03/02/10 |
| | | Claims Bar Date:    09/08/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-FR filed w/ UST 2/17/11

-tax refund recovered

-No tax returns needed per accountant consultant

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-02827 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MCKENNA, CATHLENE L. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8696 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2632 | | | |
| For Period Ending: | 03/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/10 | 14 | CATHLENE MCKENNA | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 10,100.00 | | 10,100.00 |
| 05/28/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 10,100.20 |
| 06/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,100.45 |
| 07/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,100.70 |
| 08/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,100.97 |
| 09/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,101.22 |
| 10/29/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,101.47 |
| 11/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,101.73 |
| 12/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,101.99 |
| 01/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,102.25 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 16.80 | 10,085.45 |
| 02/28/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,085.53 |
| 03/31/11 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,085.61 |
| 03/31/11 | | Transfer to Acct #*******4791 | Final Posting Transfer | 9999-000 | | 10,085.61 | 0.00 |

| | | COLUMN TOTALS | 10,102.41 | 10,102.41 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 10,085.61 | |
| | | Subtotal | 10,102.41 | 16.80 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 10,102.41 | 16.80 | |

Page Subtotals  10,102.41  10,102.41

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM24

Ver: 16.01c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-02827 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MCKENNA, CATHLENE L. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4791 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2632 | | | |
| For Period Ending: | 03/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/11 | | Transfer from Acct #*******8696 | Transfer In From MMA Account | 9999-000 | 10,085.61 | | 10,085.61 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 10,085.61 | 0.00 | 10,085.61 |
| Less: Bank Transfers/CD's | 10,085.61 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********8696 | 10,102.41 | 16.80 | 0.00 |
| Checking Account (Non-Interest Earn - ********4791 | 0.00 | 0.00 | 10,085.61 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,102.41 | 16.80 | 10,085.61 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  10,085.61  0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-02827 | | Page 1 | | Date: March 31, 2011 |
| Debtor Name: | MCKENNA, CATHLENE L. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $3,589.00 | $0.00 | $3,589.00 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $16.56 | $0.00 | $16.56 |
| 000001 999 8200-05 | National Exchange Bank & Trust<br>130 S. Main St.<br>Fond Du Lac, WI 54935 | Administrative | | $71,483.64 | $0.00 | $71,483.64 |
| 000002 999 8200-05 | Chase Auto Finance<br>c/o Mary Lautenbach<br>AZ1-1191<br>201 N Central Ave<br>Phoenix, AZ 85004 | Administrative | | $17,337.55 | $0.00 | $17,337.55 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $16.80 | $16.80 | $0.00 |
| 000003 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $7,240.65 | $0.00 | $7,240.65 |
| 000004 070 7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $2,720.04 | $0.00 | $2,720.04 |
| 000005 070 7100-00 | Navistar Financial Corp<br>425 N Martingale Rd Ste 1800<br>Schaumburg, IL 60173 | Unsecured | | $5,884.17 | $0.00 | $5,884.17 |
| | Case Totals: | | | $108,288.41 | $16.80 | $108,271.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02827
Case Name: MCKENNA, CATHLENE L.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000005 | Navistar Financial Corp | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE