UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MCKENNA, CATHLENE L. | § | Case No. 10-02827 |
| | § | |
| Debtor(s) | § | |

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF COURT
          UNITED STATES BANKRUPTCY CT.
          219 S. DEARBORN STREET
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/25/2011 in Courtroom 642,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/02/2011            By: /s/ Andrew J. Maxwell
                                                                                Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MCKENNA, CATHLENE L. § Case No. 10-02827
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,102.42 |
| and approved disbursements of | $ | 16.80 |
| leaving a balance on hand of[1] | $ | 10,085.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,760.24 | $ 0.00 | $ 1,760.24 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,589.00 | $ 0.00 | $ 3,589.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 16.56 | $ 0.00 | $ 16.56 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 16.80 | $ 16.80 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,365.80 |
| Remaining Balance | $ 4,719.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,844.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Discover Bank | $ 7,240.65 | $ 0.00 | $ 2,156.82 |
| 000004 | Fia Card Services, NA/Bank of America | $ 2,720.04 | $ 0.00 | $ 810.24 |
| 000005 | Navistar Financial Corp | $ 5,884.17 | $ 0.00 | $ 1,752.76 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,719.82 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
            Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-02827-SPS
Cathlene L. McKenna                                                     Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: dramey                 Page 1 of 2          Date Rcvd: May 03, 2011
                              Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2011.
db           +Cathlene L. McKenna,    1019 S. Western,    Chicago, IL 60612-4415
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Bennett A Kahn.,    Melvin J. Kaplan & Associates,     55 E. Jackson,    Suite 650,
               Chicago, IL 60604-4457
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
15007131     +Ala-Min Bros. Transportation,    17585 S. Paxton,    Lansing, IL 60438-1514
15007134      Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5726
15007133     +Bank of America Mortgage,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
15007135     +Bob Walinski, ESQ,    25 E. Washington Street, Ste. 1221,     Chicago, IL 60602-1875
15007136      Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15007137     +Charter One Bank,    DDA Recovery RJE245,    1 Citizens Drive,    Riverside, RI 02915-3019
15565496    +++Chase Auto Finance,    c/o Mary Lautenbach,    AZ1-1191,    201 N Central Ave,
               Phoenix, AZ 85004-0073
15007139      Chase Home Finance,    P.O. Box 9001123,    Louisville, KY 40290-1123
15007140     +Chicago Patrolman's Credit Union,    33 N. LaSalle Suite 3,     Chicago, IL 60602-3428
15007141      Citibank,    P.O. Box 688914,    Des Moines, IA 50368-8914
15007143      EMC Mortgage Corp.,    Attn: Bankruptcy Dept.,    P.O. Box 293150,    Lewisville, TX 75029-3150
15007144    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank*,     Customer Service - MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH 45263)
15007145     +Fifth Third Bank,    Attn: Bankruptcy Specialist,    1830 E. Paris SE, MD#RSCB3E,
               Grand Rapids, MI 49546-8803
15007147     +First Federal Savings,    301 E. 9th St.,    P.O. Box 527,    Rochester, IN 46975-0527
15007149     +National Exchange Bank & Trust,    130 S. Main St.,    Fond Du Lac, WI 54935-4248
15007150    +++Navistar Financial Corp,    425 N Martingale Rd Ste 1800,     Schaumburg, IL 60173-2216
15007151     +Taylor-Western Condo. Assn.,    P.O. Box 802995,    Chicago, IL 60680-2995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15007138     +Fax: 602-221-4614 May 03 2011 23:50:46      Chase Auto Finance*,    National Bankruptcy Dept.,
               P.O. Box 29505,    Phoenix, AZ 85038-9505
15007142      E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2011 00:41:24      Discover Card*,
               P.O. Box 30943,    Salt Lake City, UT 84130
15580323      E-mail/PDF: mrdiscen@discoverfinancial.com May 04 2011 00:41:24      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
15847845      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
15007148     +E-mail/Text: bankruptcy.notices@hdfsi.com May 03 2011 23:32:45       Harley Davidson Credit,
               8529 Innovative Way,    Chicago, IL 60682-0085
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
15007146*    +Fifth Third Bank*,    Attn: Bankruptcy Specialist,    1830 E. Paris SE, MD#RSCB3E,
               Grand Rapids, MI 49546-8803
15007132    ##AMC Mortgage Services,    P.O. Box 11000,    Santa Ana, CA 92711-1000
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: May 03, 2011
                              Form ID: pdf006           Total Noticed: 28

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011**                **Signature:** _/s/ Joseph Speetjens_