UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MCKENNA, CATHLENE L. § Case No. 10-02827
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AMC Mortgage Services P.O. Box 11000 Santa Ana, CA 92711-1000 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Mortgage 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Bob Walinski, ESQ 25 E. Washington Street, Ste. 1221 Chicago, IL 60602 | | | | | |
| | Charter One Bank* DDA Recovery RJE245 1 Citizens Drive Riverside, RI 02915 | | | | | |
| | Chase Auto Finance* National Bankruptcy Dept. P.O. Box 29505 Phoenix, AZ 85038-8986 | | | | | |
| | Chase Home Finance P.O. Box 9001123 Louisville, KY 40290-1123 | | | | | |
| | Chicago Patrolman's Credit Union 33 N. LaSalle Suite 3 Chicago, IL 60603 | | | | | |
| | EMC Mortgage Corp.* Attn: Bankruptcy Dept. P.O. Box 293150 Lewisville, TX 75029-3150 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank* Attn: Bankruptcy Specialist 1830 E. Paris SE, MD#RSCB3E Grand Rapids, MI 49546 | | | | | |
| | Fifth Third Bank* Attn: Bankruptcy Specialist 1830 E. Paris SE, MD#RSCB3E Grand Rapids, MI 49546 | | | | | |
| | Fifth Third Bank* Customer Service - MD 1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| | First Federal Savings 301 E. 9th St. P.O. Box 527 Rochester, IN 46975 | | | | | |
| | Harley Davidson Credit 8529 Innovative Way Chicago, IL 60682 | | | | | |
| | National Exchange Bank & Trust 130 S. Main St. Fond Du Lac, WI 54935 | | | | | |
| | Navistar Financial P.O. Box 4024 Schaumburg, IL 60168-4024 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Taylor-Western Condo. Assn. P.O. Box 802995 Chicago, IL 60680 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ala-Min Bros. Transportation 17585 S. Paxton Lansing, IL 60438 | | | | | |
| | Bank of America* P.O. Box 15026 Wilmington, DE 19886-5726 | | | | | |
| | Capital One Bank* P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Citibank* P.O. Box 688914 Des Moines, IA 50368-8914 | | | | | |
| | Discover Card* P.O. Box 30943 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | NAVISTAR FINANCIAL CORP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-02827 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MCKENNA, CATHLENE L. | | | Date Filed (f) or Converted (c): | 01/26/10 (f) |
| | | | | 341(a) Meeting Date: | 03/02/10 |
| For Period Ending: | 08/23/11 | | | Claims Bar Date: | 09/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TWO BEDROOM CONDO LOCATED AT 1019 S. WESTERN IN CH | 150,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. TWO UNIT BUILDING LOCATED AT 4605 S. SACRAMENTO IN | 50,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. FOUR UNIT BUILDING LOCATED AT 5024 S. UNION IN CHI | 70,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. SINGLE FAMILY HOME LOCATED AT 3800 S. 300 EAST IN | 60,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. SINGLE FAMILY HOME LOCATED AT 6290 S. STATE RD. IN | 100,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. COTTAGE LOCATED AT 9740 S. VALLEY COURT IN BUFFALO | 20,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. TWO CHECKING ACCOUNTS AT BANK OF AMERICA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. CHECKING ACCOUNT AT FIRST FARMERS | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 9. SAVINGS ACCOUNT AT CHICAGO PATROLMENS CREDIT UNION | 98.00 | 98.00 | DA | 0.00 | 0.00 |
| 10. MISCELLANEOUS HOUSEHOLD FURNITURE, FURNISHINGS, GO | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 11. NECESSARY WEARING APPAREL | 800.00 | 800.00 | | 0.00 | FA |
| 12. 9MM BERETTA | 600.00 | 600.00 | DA | 0.00 | 0.00 |
| 13. PENSION PLAN THROUGH WORK | 92,000.00 | 92,000.00 | | 0.00 | FA |
| 14. ANTICIPATED 2009 FEDERAL TAX REFUND | 10,000.00 | 10,000.00 | | 10,100.00 | 0.00 |
| 15. 2008 CHEVY TRAILBLAZER | 18,000.00 | 18,000.00 | DA | 0.00 | 0.00 |
| 16. 1999 HARLEY DAVIDSON | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 17. 2001 FORD 250 | 10,000.00 | 10,000.00 | DA | 0.00 | 0.00 |
| 18. TRACTOR | 20,000.00 | 20,000.00 | DA | 0.00 | 0.00 |
| 19. TRAILER | 10,000.00 | 10,000.00 | DA | 0.00 | 0.00 |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.42 | Unknown |
| TOTALS (Excluding Unknown Values) | $614,998.00 | $164,998.00 | | $10,102.42 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-02827    SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCKENNA, CATHLENE L. | Date Filed (f) or Converted (c):    01/26/10 (f) |
| | | 341(a) Meeting Date:    03/02/10 |
| | | Claims Bar Date:    09/08/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-FR filed w/ UST 2/17/11

-tax refund recovered

-No tax returns needed per accountant consultant

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02827 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCKENNA, CATHLENE L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8696 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2632 | | |
| For Period Ending: | 08/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/10 | 14 | CATHLENE MCKENNA | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 10,100.00 | | 10,100.00 |
| 05/28/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 10,100.20 |
| 06/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,100.45 |
| 07/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,100.70 |
| 08/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,100.97 |
| 09/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,101.22 |
| 10/29/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,101.47 |
| 11/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,101.73 |
| 12/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,101.99 |
| 01/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,102.25 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 16.80 | 10,085.45 |
| 02/28/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,085.53 |
| 03/31/11 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK March 2011 Interest should have been .09 cents. | 1270-000 | 0.01 | | 10,085.54 |
| 03/31/11 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,085.62 |
| 03/31/11 | | Transfer to Acct #*******4791 | Final Posting Transfer | 9999-000 | | 10,085.61 | 0.01 |
| 04/01/11 | | Transfer to Acct #*******4791 | Bank Funds Transfer | 9999-000 | | 0.01 | 0.00 |

Page Subtotals 10,102.42 10,102.42

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02827 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCKENNA, CATHLENE L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8696  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2632 | | |
| For Period Ending: | 08/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,102.42 | 10,102.42 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 10,085.62 | |
| | | | Subtotal | | 10,102.42 | 16.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,102.42 | 16.80 | |

Page Subtotals            0.00            0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02827 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCKENNA, CATHLENE L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4791 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2632 | | |
| For Period Ending: | 08/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/11 | | Transfer from Acct #*******8696 | Transfer In From MMA Account | 9999-000 | 10,085.61 | | 10,085.61 |
| 04/01/11 | | Transfer from Acct #*******8696 | Bank Funds Transfer | 9999-000 | 0.01 | | 10,085.62 |
| 05/27/11 | 001001 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE Full and final distribution | 2100-000 | | 1,760.23 | 8,325.39 |
| 05/27/11 | 001002 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) Full and Final distribution | 3120-000 | | 16.56 | 8,308.83 |
| 05/27/11 | 001003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) Full and Final distribution | 3110-000 | | 3,589.00 | 4,719.83 |
| 05/27/11 | 001004 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Final Distribution Payment | 7100-000 | | 2,156.82 | 2,563.01 |
| * 05/27/11 | 001005 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | 7100-003 | | 810.24 | 1,752.77 |
| * 05/27/11 | 001005 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution | 7100-003 | | -810.24 | 2,563.01 |
| 05/27/11 | 001006 | Navistar Financial Corp 425 N Martingale Rd Ste 1800 Schaumburg, IL 60173 | FINAL DISTRIBUTION | 7100-000 | | 1,752.76 | 810.25 |
| | | | Page Subtotals | | 10,085.62 | 9,275.37 | |

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2
Page: 4
Exhibit 9
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02827 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCKENNA, CATHLENE L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4791 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2632 | | |
| For Period Ending: | 08/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/27/11 | 001007 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | FINAL DISTRIBUTION | 7100-000 | | 810.25 | 0.00 |

```
                              COLUMN TOTALS                   10,085.62       10,085.62           0.00
                        Less: Bank Transfers/CD's             10,085.62            0.00
                              Subtotal                             0.00       10,085.62
                        Less: Payments to Debtors                                  0.00
                              Net                                  0.00       10,085.62
                                                                                 NET              ACCOUNT
                              TOTAL - ALL ACCOUNTS           NET DEPOSITS    DISBURSEMENTS        BALANCE
        Money Market - Interest Bearing - ********8696        10,102.42          16.80              0.00
        Checking Account (Non-Interest Earn - ********4791         0.00       10,085.62              0.00
                                                             ----------       ----------         ----------
                                                              10,102.42       10,102.42              0.00
                                                             ==========       ==========         ==========
                                                            (Excludes Account (Excludes Payments  Total Funds
                                                              Transfers)       To Debtors)        On Hand
```

Page Subtotals        0.00         810.25

Ver: 16.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 14)*